

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DEBRA ANN BREEDING a/k/a DEBRA ANN HOLLAND, | § | No. 08-21-00009-CV |
| | § | Appeal from the |
| Appellant, | § | 266th District Court |
| v. | § | of Erath County, Texas |
| EDWARD ALLEN BREEDING, III, | § | (TC# CV35815) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on its own motion and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.